**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Duncan Rental Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-1497636** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13234 US Highway 301**<br>**Dade City, FL 33525**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pasco**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **https://duncan-rental.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Duncan Rental Company, LLC**                                    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

| | | |
|---|---|---|
| Debtor | **Duncan Rental Company, LLC** | Case number (*if known*) |
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Duncan Rental Company, LLC**
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Duncan Rental Company, LLC**
_____    Case number (*if known*) _____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2025**
_____
MM / DD / YYYY

**X** **/s/ Kimberly Helms**
_____         **Kimberly Helms**
Signature of authorized representative of debtor       _____
Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**
_____    Date   **July 11, 2025**
Signature of attorney for debtor                      _____
MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
_____
Printed name

**Ford & Semach, P.A.**
_____
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(813)877-4669**         Email address   **All@tampaesq.com**
_____         _____

**0654711 FL**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2025**                    X **/s/ Kimberly Helms**
                                                        Signature of individual signing on behalf of debtor

                                                        **Kimberly Helms**
                                                        Printed name

                                                        **Manager**
                                                        Position or relationship to debtor

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Duncan Rental Company, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oak Capital 8950 SW 74 Ct Suite 2201 PMB A161 Miami, FL 33156** | | **Inventory (See Exhibit "A")** | | $101,310.00 | $150,000.00 | $101,310.00 |
| **Moneywell Group, LLC 243 Tresser Blvd. 17th Floor Stamford, CT 06901** | | **Business Debt** | | | | $68,046.79 |
| **Bloc 333 W. Commercial Street East Rochester, NY 14445** | | **Business Debt** | | | | $13,215.27 |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Kubota Skid** | | $61,284.70 | $49,000.00 | $12,284.70 |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Baretto Mini Skid Steer** | | $23,806.39 | $20,000.00 | $3,806.39 |
| **Leaf P. O. Box 5066 Hartford, CT 06102-5066** | | **Cat 239D3 Skid Steer #2** | | $58,672.08 | $55,000.00 | $3,672.08 |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Haulotte Driverable Lift** | | $43,164.43 | $39,850.00 | $3,314.43 |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Kubota Mini Excavator** | | $13,127.40 | $10,000.00 | $3,127.40 |

| Debtor | **Duncan Rental Company, LLC** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ARA Insurance 11225 College Blvd. Suite 250 Overland Park, KS 66210** | | **Business Debt** | | | | **$3,098.36** |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Kubota Tractor** | | **$14,957.33** | **$12,000.00** | **$2,957.33** |
| **Pawnee Leasing 3801 Automation Way Suite 207 Longmont, CO 80501** | | **Dynapac Roller** | | **$8,919.14** | **$6,000.00** | **$2,919.14** |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Haulotte Tow Lift** | | **$14,795.20** | **$12,000.00** | **$2,795.20** |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **(2) Tilt Trailers** | | **$16,597.44** | **$14,000.00** | **$2,597.44** |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Sany Excavator with Thumb** | | **$37,464.57** | **$35,000.00** | **$2,464.57** |
| **CAT Financial P. O. Box 340001 Nashville, TN 37203** | | **Cat 239D3 Skid Steer #1** | | **$34,221.81** | **$32,000.00** | **$2,221.81** |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Bobcat Mini Skidsteer** | | **$11,542.00** | **$10,000.00** | **$1,542.00** |
| **Cat Financial Cat Card PO Box 330039 Nashville, TN 37203** | | **Business Debt** | | | | **$1,127.85** |
| **Pasco County Tax Collector PO Box 276 Dade City, FL 33526-0276** | | **Inventory (See Exhibit "A")** | | **$1,009.85** | **$150,000.00** | **$1,009.85** |
| **First Citizens Bank 155 Commerce Way Portsmouth, NH 03801** | | **Sany Excavator** | | **$9,490.59** | **$8,975.00** | **$515.59** |

Debtor  **Duncan Rental Company, LLC**                                      Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Verizon Connect Fleet USA 5055 North Point Parkway Alpharetta, GA 30022** | | **Business Debt** | | | | **$348.29** |

**Fill in this information to identify the case:**

Debtor name   **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................ $       **456,238.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................. $       **456,238.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       **600,362.93**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$       **87,001.23**

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b

      $       **687,364.16**

**Fill in this information to identify the case:**

Debtor name    **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **San Antonio Citizens Federal Credit Union** | **Checking** | **110** | $1,888.00 |
| 3.2. | **San Antonio Citizens Federal Credit Union** | **Savings** | **000** | $5.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,893.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Duncan Rental Company, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Desk; (2) Counter Chairs; Office Chair; (3) Filing Cabinets; Table w/ (4) Chairs and Shelf | $0.00 | | $320.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** (2) Computers and (2) Printers | $0.00 | | $200.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $520.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Duncan Rental Company, LLC**                     Case number *(If known)* _____
Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Bobcat Mini Skidsteer** | $0.00 | | $10,000.00 |
| **Sany Excavator** | $0.00 | | $8,975.00 |
| **Haulotte Tow Lift** | $0.00 | | $12,000.00 |
| **Haulotte Driverable Lift** | $0.00 | | $39,850.00 |
| **Kubota Mini Excavator** | $0.00 | | $10,000.00 |
| **Kubota Tractor** | $0.00 | | $12,000.00 |
| **Kubota Skid** | $0.00 | | $49,000.00 |
| **Sany Excavator with Thumb** | $0.00 | | $35,000.00 |
| **Baretto Mini Skid Steer** | $0.00 | | $20,000.00 |
| **(2) Tilt Trailers** | $0.00 | | $14,000.00 |
| **Cat 239D3 Skid Steer #2** | $0.00 | | $55,000.00 |
| **Cat 239D3 Skid Steer #1** | $0.00 | | $32,000.00 |
| **Dynapac Roller** | $0.00 | | $6,000.00 |
| **Inventory (See Exhibit "A")** | $0.00 | | $150,000.00 |

**51. Total of Part 8.**                                                                 $453,825.00
Add lines 47 through 50.  Copy the total to line 87.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor  **Duncan Rental Company, LLC**                      Case number *(If known)* _____
_____
Name

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Lease located at 13234 US Hwy 301, Dade City, FL 33525** | Lease | $0.00 | | Unknown |

56.  **Total of Part 9.**                                        | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Duncan Rental Company, LLC**                     Case number *(If known)* _____
         <sub>Name</sub>

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,893.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $520.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $453,825.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $456,238.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $456,238.00 |

Item Name
AIR COMPRESSOR BITANK HANDCARRY (5 GAL)
PRESSURE WASHER    BELT DRIVE (3500 PSI)
PRESSURE WASHER    BELT DRIVE (3500 PSI)
PNEUMATIC Chipping Hammer (4 BOLT 3" STROKE)
PNEUMATIC Chipping Hammer (4 BOLT 3" STROKE)
PRESSURE WASHER  3500 PSI   Direct Drive (3500PSI)
Generator-Direct Drive 6000
Generator-Direct Drive 6000
Paving Breaker/ Jack Hammer (40 LBS 1" SHANK)
STRIPPER / SCRAPER
Stump Grinder-31 hp (31 HP)
Stump Grinder-31 hp (31 HP)
Stump Grinder-13 hp Manual
TINE TILLER (9HP HONDA 18" WIDE REAR)
WATER TRANSFER PUMP
TRENCHER 24" (9HP HONDA)
Wet/Dry Vac (9 GAL)
ROTARY SURFACE CLEANER (20")
16FT EQUIPMENT TRAILER (7X16 14K - BLK)
16FT EQUIPMENT TRAILER (7X16 14K - BLK)
DUMP TRAILER (7X14X2 - BLK)
Walk behind C1318P HONDA CONCRETE SAW 18" (18" 13HP)
CORE DRILL RIG (450/900 RPM; 20 AMP/60HZ)
ELECTRIC TILE SAW (10" 2HP)
COMPACT MASONRY SAW (ELECTRIC) (BLOCK SAW) (14" 2HP)
CUT OFF WHEEL (METAL) (14X1/8X1"/20MM)
CUT OFF WHEEL (ASPHALT) (14X1/8X1"/20MM)
CUT OFF WHEEL (ASPHALT) (14X3/16X1)
DIAMOND BLADE (GENERAL PURPOSE & MASONARY) (14X.125X1/20MM)
DIAMOND BLADE (MULTI PURPOSE) (3X3 14X118X1"/20MM)
DIAMOND BLADE (MULTIPURPOSE) (4X4 14X.125X1"/20MM)
CONCRETE WET/DRY DIAMOND BLADE 18" (18X125X1)
DIAMOND CORE BIT (CONCRETE) (2" BIT)
DIAMOND CORE BIT (CONCRETE) (3" BIT)
DIAMOND CORE BIT (CONCRETE) (4" BIT)
DIAMOND CORE BIT (CONCRETE) (6" BIT)
DIAMOND CORE BIT (CONCRETE) (8" BIT)
WHITE SUPER GLOSS PAD (17"X3-1/4")
RED BUFFER/CLEANING PAD (17"X3-1/4")
BLACK FLOOR PAD (SUPER STRIP) (17"X3-1/4")
PRESSURE WASHER 2700   DIRECT DRIVE (2700 PSI)
AIR COMPRESSOR (20 GAL)
AIRLESS PAINT SPRAYER (3300 PSI .875 HP)
SINGLE DIRECTION VIBRATORYPLATE COMPACTOR (BVP 18/45)
TAMPER/JUMPING JACK/RAMMER (3.8HP)
3600 GENERATOR CHORE MASTER SERIES (3000 WATT)
3600 GENERATOR CHORE MASTER SERIES (3000 WATT)
6000W CHORE MASTER SERIES GENERATOR (5500 WATT)
6000W CHORE MASTER SERIES GENERATOR (5500 WATT)
REVERSIBLE VIBRATORYPLATE COMPACTOR (25/40)
MINI EXCAVATOR HYUNDAI    16.5"BUCKET/5360LBS (24.90HP)
3-SPEED BLOWER FAN (1/2HP 120V)
FLOOR MACHINE / SANDER (17" 1.5HP)
PUMP SHIELD SPRAY 12 OZ
SPRAY TIPS 517
MORTAR MIXER (8 CU FT 2.5-3 BAGS)
SUBMERSIBLE PUMP (1/2 HP 115V PHASE 1)

Exhibit "A"

5X10 7K DUMP TRAILER (5X10 7K)
SOD CUTTER (550)
CHAIRS (WHITE) FOLDING (REG - WHITE)
60" ROUND WHITE TABLES (60" - WHITE)
RECTANGLE FOLDING TABLES (8' - WHITE)
DEMOLITION HAMMER ELECTRIC (1 1/8" HEX 25.8FT LBS)
PAVING BREAKER ELECTRIC/ 1 1/8" HEX HAMMER TRUCK (68 LBS IMPACT)
Electric Eel Model K Drain cleaner
Electric Eel Model E
UTILITY TRAILER (5 X 10)
POLE SAW HT-103
EDGER (STIHL)
18" Stihl Chainsaw
DIGGER HOLE HONDA/ ONE MAN AUGER (1.3 HP GAS)
2, 4, 6, 8" AUGER BITS ( For one man Auger ) (2,4,6,8)
BULL FLOAT (48X8")
DRYWALL LIFT (12 FT WIDE TO 11 FT HIGH)
BRUSH MOWER (26")
12" DEWALT MITRE SAW (12")
TRIPLE BALL HITCH
EXCAVATOR HYDRAULIC BREAKER ATTACHMENT
SAND PAPER 100 GRIT
SAND PAPER 80 GRIT
SAND PAPER 60 GRIT
SAND PAPER 36 GRIT
Chipper Brush Bandit 7" (37 HP KOHLER)
FORKS ATTACHMENT
FORKS ATTACHMENT
Log Splitter (6.5 HP 25 Ton)
CUB CADET/YANMAR 32 HP FRONT LOADER/ BOX BLADE CL3100 TRACTOR (32 HP 6 FOOT BOX BLADE \ BUCKET)
BUSH HOG (5 FOOT)
BUSH HOG (5 FOOT)
50 ft hose for pressure washer (50 ft)
Billy Goat KV Vacuum (6.25 HP)
TRENCHER 36"
TRENCHER 36"
Light Tower
Trowel 36"
Demo Hammer w/ cart (electric) Rip Stripper
FLOOR GRINDER 10" ELECTRIC
Dewalt 1/2"  drive Hammer Drill Electric (1/2" drive)
CHAIRS (WHITE) FOLDING - HERCULES
1qt Bar & Chain oil
CHISEL BIT - MOIL POINT
CHISEL BIT - STANDARD
CHISEL BIT - MOIL POINT OVAL COLLAR .680
CHISEL BIT - ROUND OVAL COLLAR .680
48" ZT Gravely Mower (26 HP 48" Deck)
Stripper Blade FCS16-1500
Stripper Blade FCS16-1300
Bissell Big Green Commercial Carpet Cleaning Machine
Bissell Upholstery attachment
TRAILER 7 X 20 (7 X 20)
TRAILER 7 X 20 (7 X 20)
AUGER ATTACHMENT ( FOR TRACTOR)
AUGER BITS  (FOR TRACTOR) 9" & 12"
Core Bits sizes 2,3,4,5,6,8
2 GAL GAS CAN

1 GAL GAS CAN
NIFTY LIFT - TOWABLE 40' / EXTENSION 20'
DIAMOND BLADE (GENERAL PURPOSE& MASON) (14X110X1/20) TABLE FOR TILE SAW
12" DEWALT MITRE SAW BLADE
10" DEWALT TILE SAW BLADE
ENGINE HOIST (2 TON ( 4000 LBS))
16" STIHL CHAINSAW MS250 (16" BAR)
2 CYCLE OIL (ECHO) 6 PACK
SCISSOR LIFT (19 FT)
MATERIAL LIFT EXTENDS 10' / 1000 LB CAPACITY
SCAFFOLDING (5 X 7 FT)
Blade, straight
Discharge Hose 50'
60" ZT MOWER GRAVELY
SCAFFOLDING WHEELS
SCAFFOLDING JACKS
SCAFFOLDING CATWALKS 7'
UTILITY TRAILER 6 X 10  #2
BOBCAT TRACK LOADER (T450)
GRAPPLE ATTACHMENT 66" (SKID)
GRAPPLE ATTACHMENT 66" (SKID)
25" CHAINSAW
24" FAN
DEMO HAMMER 23LBS
LS Tractor
Echo Weedeater
Cup
Sany Mini Excavator    15.0 HP  3900LBS    12" & 24" Bucket Dynapac - Roller
Shirts
Cement Mixer
Bobcat Mini Skid Steer
TILT TRAILER #1
BRUSHCAT  (ON CAT ONLY)
Haulotte Lift
TILT TRAILER #2  16'
Haulotte driveable lift  61'
CATERPILLAR SKID STEER
CATERPILLAR SKID STEER
Tractor Tiller Attachment
Kubota Micro Mini Excavator    12"BUCKET / 2000LBS
GRAPPLE 84" (CAT)
GRAPPLE  (MINI BOBCAT)
18ft Equipment Trailer
UTILITY TRAILER  6X10    #1
Skid Steer Auger Attachment
Auger Bits for Skid Steer   9", 18", 30"   (2 ft extension avail.) CONCRETE CUT-OFF SAW
CONCRETE CUT-OFF SAW
Xtremepower 2200 Electric Demo Jack Hammer
Xtremepower Us 1400 Demo Jack
Branson Tractor 3515H
60" ZT MOWER GRAVELY #2
WALK BEHIND CONCRETE SAW
KUBOTA SKID STEER
KUBOTA TRACTOR
SANY EXCAVATOR W/ THUMB  8510 LBS  18" & 30' Bucket

GENERATOR 2000
54" ZT MOWER
GRAPPLE ATTACHMENT #2 (KUBOTA SKID)  72"
GRAPPLE 66" (KUBOTA TRACTOR)
SEWER SNAKE  (ELECTRIC)  75' (1/2")
SEWER SNAKE  (ELECTRIC)  75' (3/8")
BISSELL PRO CLEANING SOLUTION
BISSELL PRO  MAX CLEANING SOLUTION
BISSELL PET PRO CLEANING SOLUTION
DIAMOND BLADE 14" WET/DRY GENERAL PURPOSE
HIGH TOP TABLES 32" ROUND   43" TALL
MINI SKID STEER
GRAPPLE (MINI BARRETO) 42"
SPANDEX COCKTAIL TABLE COVERS (BLACK)
SANDPAPER  20 GRIT
CUT OFF WHEEL (CONCRETE)
DEMO HAMMER 1400
POLE / TREE SETTER (SKID STEER ONLY)

| International | LT625 | Sleeper | 2019 INTERNATIONAL TRUCK | 3HSDZAPR 4KN209647 |
| Great Dane | Flat | 48ft Flatbed | 2015 GREAT DANE TRAILER | 1GRDM962 3FH724932 |
| Utility | Flat | 48ft Flatbed | 2016 UTILITY TRAILER | 1UYFS2481 GA484220 |
| Great Dane | Flat | 48ft Flatbed | 2016 GREAT DANE TRAILER | 1GRDM962 7GH728080 |
| Great Dane | Flat | 48ft Flatbed | 2018 GREAT DANE TRAILER | 1GRDM962 3JH101741 |
| Dodge Ram 3500 | Crew Cab | Truck | VIN#3B7MC33602M219096 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ace Funding Source, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |
|---|---|---|---|---|

Creditor's Name

**295 Madison Avenue
12th Floor
New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BankFlorida
2. Ace Funding Source, LLC
3. Alpine Advance 5 LLC
4. CHTD Company
5. CHTD Company
6. CHTD Company
7. Corporation Service Company
8. Corporation Service Company
9. Corporation Service Company
10. Corporation Service Company
11. CT Corporation System
12. CT Corporation System
13. Financial Agent Services**

Describe debtor's property that is subject to a lien
**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202500880646  Filed 04/08/2025**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Duncan Rental Company, LLC**
Name

Case number (if known) _____

---

| 2.2 | **Alpine Advance 5 LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

Creditor's Name

**46 Washington Street**
**Ste. #6**
**Middletown, CT 06457**

Creditor's mailing address

**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202402033361 Filed 08/01/2024**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BankFlorida** | Describe debtor's property that is subject to a lien | **$150,000.00** | **$150,000.00** |

Creditor's Name

**12482 Highway 301**
**Dade City, FL 33525**

Creditor's mailing address

**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202107907011 Filed 07/21/2021**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CAT Financial** | Describe debtor's property that is subject to a lien | **$34,221.81** | **$32,000.00** |

Creditor's Name

**P. O. Box 340001**
**Nashville, TN 37203**

Creditor's mailing address

**Cat 239D3 Skid Steer #1**

Describe the lien
**UCC-1 202201717054 / 202202415147  Filed 05/24/2022 & 07/26/2022**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor    **Duncan Rental Company, LLC**
_____    Case number (if known) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **CHTD Company** | Describe debtor's property that is subject to a lien | Unknown | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory (See Exhibit "A")**

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC-1 202500180660 Filed 01/23/2025**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **CHTD Company** | Describe debtor's property that is subject to a lien | Unknown | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory (See Exhibit "A")**

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC-1 202108118789  Filed 08/16/2021**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **CHTD Company** | Describe debtor's property that is subject to a lien | Unknown | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory (See Exhibit "A")**

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC-1 20210853861X Filed 09/22/2021**

---

Debtor    **Duncan Rental Company, LLC**                                    Case number (if known) _____
          Name

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **Corporation Service Company**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Inventory (See Exhibit "A")** | **Unknown** | **$150,000.00** |
|---|---|---|---|---|

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

| | |
|---|---|
| | **Describe the lien**<br>**UCC-1 202400233231  Filed 01/26/2024** |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.9 | **Corporation Service Company**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Inventory (See Exhibit "A")** | **Unknown** | **$150,000.00** |
|---|---|---|---|---|

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

| | |
|---|---|
| | **Describe the lien**<br>**UCC-1 202400428083 Filed 02/16/2024** |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Debtor **Duncan Rental Company, LLC**
     Name

Case number (if known) _____

- [ ] No
- [x] **Yes. Specify each creditor, including this creditor and its relative priority.**
  **Specified on line 2.1**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 0 | **Corporation Service Company** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 202200681028 Filed 03/02/2022**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**          **$150,000.00**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] **Yes. Specify each creditor, including this creditor and its relative priority.**
  **Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 1 | **Corporation Service Company** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 202109288289 Filed 11/29/2021**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**          **$150,000.00**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] **Yes. Specify each creditor, including this creditor and its relative priority.**
  **Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 2 | **CT Corporation System** | | |
|---|---|---|---|

Creditor's Name

**330 N Brand Blvd., Ste 700**
**ATTN SPRS**
**Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 202402186893 Filed 08/16/2024**

**Unknown**          **$150,000.00**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 17

Debtor    **Duncan Rental Company, LLC**                                    Case number (if known) _____
Name

**Is the creditor an insider or related party?**

Creditor's email address, if known                    ■ No
                                                       ☐ Yes
                                                       **Is anyone else liable on this claim?**

**Date debt was incurred**                             ☐ No
                                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☐ No                                       ☐ Contingent
■ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.1 3 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$150,000.00** |

Creditor's Name

**330 N Brand Blvd., Ste 700**
**ATTN SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 201108381838  Filed 09/08/2021**
**Is the creditor an insider or related party?**

Creditor's email address, if known                    ■ No
                                                       ☐ Yes
                                                       **Is anyone else liable on this claim?**

**Date debt was incurred**                             ☐ No
                                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☐ No                                       ☐ Contingent
■ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.1 4 | **Financial Agent Services** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$150,000.00** |

Creditor's Name

**P. O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 202202645693 Filed 08/15/2022**
**Is the creditor an insider or related party?**

Creditor's email address, if known                    ■ No
                                                       ☐ Yes
                                                       **Is anyone else liable on this claim?**

**Date debt was incurred**                             ☐ No
                                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

Debtor  **Duncan Rental Company, LLC**
_____
Name

Case number (if known) _____

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Financial Agent Services** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

**Financial Agent Services**
Creditor's Name

**P. O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202302458322 Filed 09/07/2023**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | **$11,542.00** | **$10,000.00** |

**First Citizens Bank**
Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Bobcat Mini Skidsteer**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | **$9,490.59** | **$8,975.00** |

**First Citizens Bank**
Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Sany Excavator**

Describe the lien

---

Debtor **Duncan Rental Company, LLC**                    Case number (if known) _____
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **First Citizens Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Haulotte Tow Lift**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,795.20          $12,000.00

---

| 2.1 9 | **First Citizens Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Haulotte Driverable Lift**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$43,164.43          $39,850.00

---

Debtor  **Duncan Rental Company, LLC**
_____
Name

Case number (if known) _____

- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 0 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $13,127.40 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

**Kubota Mini Excavator**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 1 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $14,957.33 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

**Kubota Tractor**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 2 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $61,284.70 | $49,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

**Kubota Skid**

**Describe the lien**

---

Debtor   **Duncan Rental Company, LLC**
_____   Case number (if known) _____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **First Citizens Bank** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $37,464.57 | $35,000.00 |

**First Citizens Bank**

**155 Commerce Way Portsmouth, NH 03801**

**Describe debtor's property that is subject to a lien**
**Sany Excavator with Thumb**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **First Citizens Bank** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $23,806.39 | $20,000.00 |

**First Citizens Bank**

**155 Commerce Way Portsmouth, NH 03801**

**Describe debtor's property that is subject to a lien**
**Baretto Mini Skid Steer**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Duncan Rental Company, LLC**
_____  Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | **$16,597.44** | **$14,000.00** |
|---|---|---|---|---|

Creditor's Name

**(2) Tilt Trailers**

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **First Corporate Solutions** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |
|---|---|---|---|---|

Creditor's Name

**Inventory (See Exhibit "A")**

**914 S Street
Sacramento, CA 95811**

Creditor's mailing address

**Describe the lien**
**UCC-1 202500839735 Filed 04/03/2025**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Leaf** | Describe debtor's property that is subject to a lien | **$58,672.08** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**Cat 239D3 Skid Steer #2**

**P. O. Box 5066
Hartford, CT 06102-5066**

Creditor's mailing address

**Describe the lien**
**UCC-1 202301143773 Filed 04/27/2023**

---

Debtor **Duncan Rental Company, LLC**
     Name

Case number (if known) _____

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.28 | **Oak Capital** | Describe debtor's property that is subject to a lien | $101,310.00 | $150,000.00 |
|------|-----------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

**8950 SW 74 Ct Suite 2201
PMB A161
Miami, FL 33156**
Creditor's mailing address

**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 202402464478 & 202402474791 Filed 09/17/2024 & 09/18/2024**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **Pasco County Tax Collector** | Describe debtor's property that is subject to a lien | $1,009.85 | $150,000.00 |
|------|--------------------------------|-----------------------------------------------------|-----------|-------------|

Creditor's Name

**PO Box 276
Dade City, FL 33526-0276**
Creditor's mailing address

**Inventory (See Exhibit "A")**

**Describe the lien**
**2024 Tangible Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Duncan Rental Company, LLC**                          Case number *(if known)* _____
Name

☐ No                                    ☐ Contingent
☐ **Yes.** Specify each creditor,       ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.3 0 | **Pawnee Leasing** | Describe debtor's property that is subject to a lien | **$8,919.14** | **$6,000.00** |

Creditor's Name
**3801 Automation Way
Suite 207
Longmont, CO 80501**
Creditor's mailing address

**Dynapac Roller**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
**Date debt was incurred**                  **Is anyone else liable on this claim?**
                                            ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its             ☐ Disputed
priority.

---

| 2.3 1 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

Creditor's Name
**655 Business Center Drive
Ste. 250
Horsham, PA 19044**
Creditor's mailing address

**Inventory (See Exhibit "A")**

**Describe the lien**
**UCC-1 202003716155 & 202109365410 Filed
07/27/2020 & 12/06/2021**
**Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
☐ No                                        ☐ Contingent
■ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its             ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.3 2 | **Secured Lender Solutions** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

Creditor's Name

**P. O. Box 2576
Springfield, IL 62708**
Creditor's mailing address

**Inventory (See Exhibit "A")**

**Describe the lien**

---

Debtor   **Duncan Rental Company, LLC**                                   Case number (if known) _____
         Name

**UCC-1 202201788639 Filed 05/31/2022**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

☐ No                                        ☐ Contingent

■ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative
priority.                                   ☐ Disputed

**Specified on line 2.1**

---

| 2.3 | | | | |
|---|---|---|---|---|
| 3 | **Secured Lender Solutions** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$150,000.00** |

         Creditor's Name                    **Inventory (See Exhibit "A")**

**P. O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

**UCC-1 202203264087 Filed 10/11/2022**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

☐ No                                        ☐ Contingent

■ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative
priority.                                   ☐ Disputed

**Specified on line 2.1**

---

| 2.3 | | | | |
|---|---|---|---|---|
| 4 | **Secured Lender Solutions** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$150,000.00** |

         Creditor's Name                    **Inventory (See Exhibit "A")**

**P. O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

**UCC-1 202203773327 Filed 11/30/2022**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

Debtor **Duncan Rental Company, LLC**

Case number *(if known)* _____

Name _____

☐ No
☐ Contingent
■ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.3 5 | **The Funding Bull** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

Creditor's Name

**250 Carteret St.**
**Staten Island, NY 10307**

Creditor's mailing address

**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202500228671  Filed 01/28/2025**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **The Funding Bull** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

Creditor's Name

**250 Carteret St.**
**Staten Island, NY 10307**

Creditor's mailing address

**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202500247129 Filed 01/30/2025**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **The LCF Group, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$150,000.00** |

Creditor's Name

**3000 Marcus Ave.**
**Ste. 2W15**
**Lake Success, NY 11042**

Creditor's mailing address

**Inventory (See Exhibit "A")**

Describe the lien
**UCC-1 202400513633 Filed 02/27/2024**

Debtor **Duncan Rental Company, LLC**
Name

Case number (if known) _____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.3 8 | **The LCF Group, Inc.** | Describe debtor's property that is subject to a lien | Unknown | $150,000.00 |

Creditor's Name

**Inventory (See Exhibit "A")**

**3000 Marcus Ave.**
**Ste. 2W15**
**Lake Success, NY 11042**

Creditor's mailing address

**Describe the lien**

**UCC-1 202400522519 Filed 02/28/2024**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.3 9 | **The LCF Group, Inc.** | Describe debtor's property that is subject to a lien | Unknown | $150,000.00 |

Creditor's Name

**Inventory (See Exhibit "A")**

**3000 Marcus Ave.**
**Ste. 2W15**
**Lake Success, NY 11042**

Creditor's mailing address

**Describe the lien**

**UCC-1 202403208270 Filed 12/06/2024**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Duncan Rental Company, LLC**                              Case number (if known) _____
_____
Name

- ☐ No
- ☒ Yes. Specify each creditor,      ☐ Contingent
  including this creditor and its relative   ☐ Unliquidated
  priority.                         ☐ Disputed
  **Specified on line 2.1**
  _____

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$600,362.93** |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BankFlorida**<br>**12612 US Hwy. 301**<br>**Dade City, FL 33525** | Line __2.3__ | |
| **Caterpiliar Financial**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** | Line __2.4__ | |
| **Leaf Capital Funding**<br>**2005 Market Street**<br>**14th Floor**<br>**Philadelphia, PA 19103** | Line __2.27__ | |
| **Michael Scarpati, Esq.**<br>**40 Wall Street**<br>**Suite 2904**<br>**New York, NY 10005** | Line __2.28__ | |
| **Revenue Recovery Solutions**<br>**323 10th Ave. W.**<br>**Suite 300**<br>**Palmetto, FL 34221** | Line __2.29__ | |

---

| Fill in this information to identify the case: |
|---|

Debtor name **Duncan Rental Company, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**ADT**<br>**PO Box 382109**<br>**Pittsburgh, PA 15251-8109**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$114.38** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**ARA Insurance**<br>**11225 College Blvd.**<br>**Suite 250**<br>**Overland Park, KS 66210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **3000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,098.36** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Bloc**<br>**333 W. Commercial Street**<br>**East Rochester, NY 14445**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,215.27** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Cat Financial Cat Card**<br>**PO Box 330039**<br>**Nashville, TN 37203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **5686** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,127.85** |

| Debtor | **Duncan Rental Company, LLC** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.81** |
|-----|------|------|------|

**City of Dade City**
**38020 Meridian Ave.**
**P.O. Box 1355**
**Dade City, FL 33526-1355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** **6003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194.17** |
|-----|------|------|------|

**Farm Bureau Insurance**
**P. O. Box 147032**
**Gainesville, FL 32614-7032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** **9012**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,046.79** |
|-----|------|------|------|

**Moneywell Group, LLC**
**243 Tresser Blvd.**
**17th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.81** |
|-----|------|------|------|

**Point of Rental**
**14401 Staler Blvd.**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** **9154**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.95** |
|-----|------|------|------|

**Spectrum**
**4145 S. Falkenburg Rd.**
**Riverview, FL 33578-8652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** **3469**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.11** |
|------|------|------|------|

**TECO**
**702 North Franklin Street**
**Tampa, FL 33602-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** **7921**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.89** |
|------|------|------|------|

**TECO**
**702 North Franklin Street**
**Tampa, FL 33602-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** **7962**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Duncan Rental Company, LLC**   Case number (if known) _____
      Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.55 |
|---|---|---|---|

**TECO**
**702 North Franklin Street**
**Tampa, FL 33602-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **7970**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $348.29 |
|---|---|---|---|

**Verizon Connect Fleet USA**
**5055 North Point Parkway**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **8449**

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila, Esq.**<br>**1545 U.S. 202**<br>**Suite 101**<br>**Pomona, NY 10970** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michael K. Johnson, Esq.**<br>**1 Whitehall St.**<br>**2nd Floor**<br>**New York, NY 10004** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 87,001.23 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 87,001.23 |

**Fill in this information to identify the case:**

Debtor name    **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Lease located at 13234 US Hwy 301, Dade City, FL 33525** |
|      State the term remaining | |
|      List the contract number of any government contract _____ | **Norumbega Properties, Inc.**<br>**P.O. Box 1747**<br>**Dade City, FL 33526** |

**Fill in this information to identify the case:**

Debtor name   **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher Helms** | **36606 Blanton Rd. Dade City, FL 33523** | **Ace Funding Source, LLC** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Christopher Helms** | **36606 Blanton Rd. Dade City, FL 33523** | **ADT** | ☐ D _____ <br> ☑ E/F __3.1__ <br> ☐ G _____ |
| 2.3 | **Christopher Helms** | **36606 Blanton Rd. Dade City, FL 33523** | **Alpine Advance 5 LLC** | ☑ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Christopher Helms** | **36606 Blanton Rd. Dade City, FL 33523** | **ARA Insurance** | ☐ D _____ <br> ☑ E/F __3.2__ <br> ☐ G _____ |
| 2.5 | **Christopher Helms** | **36606 Blanton Rd. Dade City, FL 33523** | **BankFlorida** | ☑ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Duncan Rental Company, LLC**                    Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **Bloc** | ☐ D _____ ▮ E/F __3.3__ ☐ G _____ |
| 2.7 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **CAT Financial** | ▮ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **Cat Financial Cat Card** | ☐ D _____ ▮ E/F __3.4__ ☐ G _____ |
| 2.9 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **CHTD Company** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **CHTD Company** | ▮ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **CHTD Company** | ▮ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **City of Dade City** | ☐ D _____ ▮ E/F __3.5__ ☐ G _____ |
| 2.13 | **Christopher Helms** 36606 Blanton Rd. Dade City, FL 33523 | **Corporation Service Company** | ▮ D __2.8__ ☐ E/F _____ ☐ G _____ |

Debtor  **Duncan Rental Company, LLC**                                    Case number *(if known)* _____

▇ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **CT Corporation System** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **CT Corporation System** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.19 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Farm Bureau Insurance** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.20 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Financial Agent Services** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Financial Agent Services** | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |

Debtor    **Duncan Rental Company, LLC**                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.16__ ☐ E/F _____ ☐ G _____ |
| 2.23 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.19__ ☐ E/F _____ ☐ G _____ |
| 2.26 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.20__ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.28 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.22__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Christopher Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.23__ ☐ E/F _____ ☐ G _____ |

Debtor    **Duncan Rental Company, LLC**                          Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **First Citizens Bank** | ■ D __2.24__<br>☐ E/F ____<br>☐ G ____ |
| 2.31 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **First Citizens Bank** | ■ D __2.25__<br>☐ E/F ____<br>☐ G ____ |
| 2.32 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **First Corporate Solutions** | ■ D __2.26__<br>☐ E/F ____<br>☐ G ____ |
| 2.33 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **Leaf** | ■ D __2.27__<br>☐ E/F ____<br>☐ G ____ |
| 2.34 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **Moneywell Group, LLC** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.35 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **Oak Capital** | ■ D __2.28__<br>☐ E/F ____<br>☐ G ____ |
| 2.36 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **Pasco County Tax Collector** | ■ D __2.29__<br>☐ E/F ____<br>☐ G ____ |
| 2.37 **Christopher Helms** | 36606 Blanton Rd. Dade City, FL 33523 | **Pawnee Leasing** | ■ D __2.30__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Duncan Rental Company, LLC**    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.38 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | PNC Equipment Finance | ■ D __2.31__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.39 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | Point of Rental | ☐ D ____ ■ E/F __3.8__ ☐ G ____ |
| 2.40 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | Secured Lender Solutions | ■ D __2.32__ ☐ E/F ____ ☐ G ____ |
| 2.41 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | Secured Lender Solutions | ■ D __2.33__ ☐ E/F ____ ☐ G ____ |
| 2.42 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | Secured Lender Solutions | ■ D __2.34__ ☐ E/F ____ ☐ G ____ |
| 2.43 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | Spectrum | ☐ D ____ ■ E/F __3.9__ ☐ G ____ |
| 2.44 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | TECO | ☐ D ____ ■ E/F __3.10__ ☐ G ____ |
| 2.45 | Christopher Helms | 36606 Blanton Rd. Dade City, FL 33523 | TECO | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |

Debtor   **Duncan Rental Company, LLC**                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **TECO** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |

| | | | | |
|---|---|---|---|---|
| 2.46 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **TECO** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.47 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The Funding Bull** | ■ D __2.35__ ☐ E/F _____ ☐ G _____ |
| 2.48 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The Funding Bull** | ■ D __2.36__ ☐ E/F _____ ☐ G _____ |
| 2.49 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The LCF Group, Inc.** | ■ D __2.37__ ☐ E/F _____ ☐ G _____ |
| 2.50 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The LCF Group, Inc.** | ■ D __2.38__ ☐ E/F _____ ☐ G _____ |
| 2.51 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The LCF Group, Inc.** | ■ D __2.39__ ☐ E/F _____ ☐ G _____ |
| 2.52 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Verizon Connect Fleet USA** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.53 | **Christopher Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Norumbega Properties, Inc.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Debtor  **Duncan Rental Company, LLC**                          Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.54 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Ace Funding Source, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| | | | | |
|---|---|---|---|---|
| 2.54 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Ace Funding Source, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.55 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **ADT** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.56 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Alpine Advance 5 LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.57 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **ARA Insurance** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.58 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **BankFlorida** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.59 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Bloc** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.60 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **CAT Financial** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.61 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Cat Financial Cat Card** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

Debtor    **Duncan Rental Company, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **CHTD Company** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.63 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **CHTD Company** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.64 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **CHTD Company** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.65 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **City of Dade City** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.66 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.67 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.68 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.69 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **Corporation Service Company** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Duncan Rental Company, LLC**                               Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.70 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **CT Corporation System** | ■ D __2.12__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.71 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **CT Corporation System** | ■ D __2.13__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.72 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **Farm Bureau Insurance** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.73 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **Financial Agent Services** | ■ D __2.14__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.74 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **Financial Agent Services** | ■ D __2.15__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.75 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.16__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.76 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.17__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.77 | **Kimberly Helms**   **36606 Blanton Rd.**   **Dade City, FL 33523** | **First Citizens Bank** | ■ D __2.18__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Duncan Rental Company, LLC**                              Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                 Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.78 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.19__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.79 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.20__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.80 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.21__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.81 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.22__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.82 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.23__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.83 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.24__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.84 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Citizens Bank** |

■ D __2.25__
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.85 | **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **First Corporate Solutions** |

■ D __2.26__
☐ E/F _____
☐ G _____

Debtor    **Duncan Rental Company, LLC**

Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.86 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Leaf** | ■ D __2.27__ ☐ E/F ____ ☐ G ____ |
| 2.87 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Moneywell Group, LLC** | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.88 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Oak Capital** | ■ D __2.28__ ☐ E/F ____ ☐ G ____ |
| 2.89 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Pasco County Tax Collector** | ■ D __2.29__ ☐ E/F ____ ☐ G ____ |
| 2.90 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Pawnee Leasing** | ■ D __2.30__ ☐ E/F ____ ☐ G ____ |
| 2.91 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **PNC Equipment Finance** | ■ D __2.31__ ☐ E/F ____ ☐ G ____ |
| 2.92 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Point of Rental** | ☐ D ____ ■ E/F __3.8__ ☐ G ____ |
| 2.93 | **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Secured Lender Solutions** | ■ D __2.32__ ☐ E/F ____ ☐ G ____ |

Debtor    **Duncan Rental Company, LLC**                                Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Secured Lender Solutions** | ■ D ___2.33___ ☐ E/F _____ ☐ G _____ |
| 2.95 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Secured Lender Solutions** | ■ D ___2.34___ ☐ E/F _____ ☐ G _____ |
| 2.96 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **Spectrum** | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |
| 2.97 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **TECO** | ☐ D _____ ■ E/F ___3.10___ ☐ G _____ |
| 2.98 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **TECO** | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |
| 2.99 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **TECO** | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.100 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The Funding Bull** | ■ D ___2.35___ ☐ E/F _____ ☐ G _____ |
| 2.101 **Kimberly Helms** | **36606 Blanton Rd.** **Dade City, FL 33523** | **The Funding Bull** | ■ D ___2.36___ ☐ E/F _____ ☐ G _____ |

Debtor   **Duncan Rental Company, LLC**                              Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 2 | **Kimberly Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **The LCF Group, Inc.** | ■ D __2.37__ ☐ E/F _____ ☐ G _____ |
| 2.10 3 | **Kimberly Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **The LCF Group, Inc.** | ■ D __2.38__ ☐ E/F _____ ☐ G _____ |
| 2.10 4 | **Kimberly Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **The LCF Group, Inc.** | ■ D __2.39__ ☐ E/F _____ ☐ G _____ |
| 2.10 5 | **Kimberly Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **Verizon Connect Fleet USA** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.10 6 | **Kimberly Helms** **36606 Blanton Rd.** **Dade City, FL 33523** | **Norumbega Properties, Inc.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Duncan Rental Company, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$177,218.58** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$554,091.15** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$598,828.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Duncan Rental Company, LLC**                               Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **First Citizens Bank**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | **June, 2025** | **$10,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | **Duncan Rental Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Bloc Funding**<br><br>**vs.**<br><br>**MOORE FREIGHT LINES, INC. / MOORE FREIGHTLINES, INC. I MOORE FREIGHT LINES INC I MOORE FREIGHTLINES INC I MOORE FREIGHT BROKERS, INC. I DUNCAN RENTAL COMPANY, LLC / MOORE FREIGHT LINES, and KIMBERLY MICHELE HELMS**<br>**E2025007846** | **Collection** | **Supreme Court of the State of New York County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Moneywell Group, LLC**<br><br>**vs.**<br><br>**MOOREFREIGHTLINES INC D/B/A MOORE FREIGHTLINES ;MOOREFREIGHTBROKERSI NC D/B/A MOOREFREIGHTBROKERS;D UNCAN RENTALCOMPANYLLC D/B/A DUNCANRENTAL COMPANYand KIMBERLYMICHELEHELMS**<br>**E2025007846** | **Collection** | **Supreme Court of the State of New York County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Oak Capital**<br><br>**vs.**<br><br>**DUNCAN RENTAL COMPANY LLC and KIMBERLY HELMS**<br>**519160/2025** | **Collection** | **Supreme Court of the State of New York County of Kings** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Duncan Rental Company, LLC**                                  Case number *(if known)*

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ford & Semach, P.A.**<br>**9301 West Hillsborough Avenue**<br>**Tampa, FL 33615-3008** | **Attorney Fees $15,000.00 Filing Fee $1,738.00** | **July, 2025** | **$16,738.00** |
| | Email or website address<br>**All@tampaesq.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    __Duncan Rental Company, LLC_____    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Centennial Bank** **P. O. Box 966** **Conway, AR 72033** | **XXXX-6790** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **June, 2025** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Duncan Rental Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Duncan Rental Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **CFO Sources, LLC**<br>**17862 Hunting Bow Cir.**<br>**Lutz, FL 33558** | **2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **Manager** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kimberly Helms** | **36606 Blanton Rd.**<br>**Dade City, FL 33523** | **Manager** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Duncan Rental Company, LLC**                                   Case number *(if known)*

- ☐ No
- ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. <br><br>**Christopher Helms**<br>**36606 Blanton Rd.**<br>**Dade City, FL 33523** | **$8,814.00 for salary and health insurance.** | **Throughout the twelve months prior to the filing of the bankruptcy.** | **Salary and Health Insurance** |
| **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Duncan Rental Company, LLC**    Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2025**

**/s/ Kimberly Helms**                                              **Kimberly Helms**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Florida

In re  **Duncan Rental Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Christopher Helms**<br>**36606 Blanton Rd.**<br>**Dade City, FL 33523** | | **50%** | |
| **Kimberly Helms**<br>**36606 Blanton Rd.**<br>**Dade City, FL 33523** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 11, 2025**

Signature  /s/ Kimberly Helms

Kimberly Helms

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Duncan Rental Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 11, 2025**

**/s/ Kimberly Helms**
**Kimberly Helms/Manager**
Signer/Title

Duncan Rental Company, LLC
13234 US Highway 301
Dade City, FL 33525

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Ace Funding Source, LLC
295 Madison Avenue
12th Floor
New York, NY 10017

ADT
PO Box 382109
Pittsburgh, PA 15251-8109

Alpine Advance 5 LLC
46 Washington Street
Ste. #6
Middletown, CT 06457

ARA Insurance
11225 College Blvd.
Suite 250
Overland Park, KS 66210

Ariel Bouskila, Esq.
1545 U.S. 202
Suite 101
Pomona, NY 10970

BankFlorida
12482 Highway 301
Dade City, FL 33525

BankFlorida
12612 US Hwy. 301
Dade City, FL 33525

Bloc
333 W. Commercial Street
East Rochester, NY 14445

CAT Financial
P. O. Box 340001
Nashville, TN 37203

Cat Financial Cat Card
PO Box 330039
Nashville, TN 37203

Caterpiliar Financial
2120 West End Ave.
Nashville, TN 37203

CHTD Company
PO Box 2576
Springfield, IL 62708

City of Dade City
38020 Meridian Ave.
P.O. Box 1355
Dade City, FL 33526-1355

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation System
330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203

Farm Bureau Insurance
P. O. Box 147032
Gainesville, FL 32614-7032

Financial Agent Services
P. O. Box 2576
Springfield, IL 62708

First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801

First Corporate Solutions
914 S Street
Sacramento, CA 95811

Leaf
P. O. Box 5066
Hartford, CT 06102-5066

Leaf Capital Funding
2005 Market Street
14th Floor
Philadelphia, PA 19103

Michael K. Johnson, Esq.
1 Whitehall St.
2nd Floor
New York, NY 10004

Michael Scarpati, Esq.
40 Wall Street
Suite 2904
New York, NY 10005

Moneywell Group, LLC
243 Tresser Blvd.
17th Floor
Stamford, CT 06901

Oak Capital
8950 SW 74 Ct Suite 2201
PMB A161
Miami, FL 33156

Pasco County Tax Collector
PO Box 276
Dade City, FL 33526-0276

Pawnee Leasing
3801 Automation Way
Suite 207
Longmont, CO 80501

PNC Equipment Finance
655 Business Center Drive
Ste. 250
Horsham, PA 19044

Point of Rental
14401 Staler Blvd.
Fort Worth, TX 76155

Revenue Recovery Solutions
323 10th Ave. W.
Suite 300
Palmetto, FL 34221

Secured Lender Solutions
P. O. Box 2576
Springfield, IL 62708

Spectrum
4145 S. Falkenburg Rd.
Riverview, FL 33578-8652

TECO
702 North Franklin Street
Tampa, FL 33602-2000

The Funding Bull
250 Carteret St.
Staten Island, NY 10307

The LCF Group, Inc.
3000 Marcus Ave.
Ste. 2W15
Lake Success, NY 11042

Verizon Connect Fleet USA
5055 North Point Parkway
Alpharetta, GA 30022

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Duncan Rental Company, LLC**                          Case No. _____

_____ Debtor(s)                  Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $ _____ **15,000.00**

    Prior to the filing of this statement I have received ............................... $ _____ **15,000.00**

    Balance Due ......................................................................................... $ _____ **0.00**

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **July 11, 2025** | **/s/ Buddy D. Ford, Esquire** |
| *Date* | **Buddy D. Ford, Esquire 0654711** |
| | *Signature of Attorney* |
| | **Ford & Semach, P.A.** |
| | **9301 West Hillsborough Avenue** |
| | **Tampa, FL 33615-3008** |
| | **(813)877-4669  Fax: (813)877-5543** |
| | **All@tampaesq.com** |
| | *Name of law firm* |